IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SALVADOR SEGOVIA, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 4:21-CV-00508 |
| TIDWELL PLACE, L.P., ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, SALVADOR SEGOVIA, JR. ("Plaintiff") and Defendant, TIDWELL PLACE, L.P. ("Defendant"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 13th day of July, 2021.

                                          Law Offices of
                                          THE SCHAPIRO LAW GROUP, P.L.

                                          /s/ *Douglas S. Schapiro*
                                          Douglas S. Schapiro, Esq.
                                          Southern District of Texas ID No. 3182479
                                          The Schapiro Law Group, P.L.
                                          7301-A W. Palmetto Park Rd., #100A
                                          Boca Raton, FL 33433
                                          Tel: (561) 807-7388
                                          Email: schapiro@schapirolawgroup.com

                                          Attorney for Plaintiff

*/s/  Eric C. Mettenbrink*
Eric C. Mettenbrink, Esq.
State Bar No. 24043819
Hirsch & Westheimer, P.C.
1415 Louisiana, 36th Fl.
Houston, TX  77002
Tel:  (713) 223-5181
Email: emettenbrink@hirschwest.com

Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of July, 2021, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

/s/  Douglas S. Schapiro
Douglas S. Schapiro
Southern District of Texas ID No. 3182479