IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SALVADOR SEGOVIA, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 4:21-CV-00508 |
| TIDWELL PLACE, L.P., ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal with Prejudice filed July 13, 2021, it is hereby ORDERED that this entire action, including all claims that were or could have been asserted, be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED on the 14th of July, 2021.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE